John Liberio, Appellant, v. United States Radiator Company, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.